## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **ALORA STILL**, *et al.*, ) | |
| ) | CASE NO. 4:18-cv-01990 |
| Plaintiffs, ) | |
| ) | JUDGE PAMELA A. BARKER |
| v. ) | |
| ) | **JOINT MOTION FOR FINAL** |
| **BELMONT CONFECTIONS, INC.,** *et al.*, ) | **APPROVAL OF RULE 23 CLASS** |
| ) | **ACTION SETTLEMENT** |
| Defendants. ) | |

Plaintiffs Alora Still and James Hobbs, on behalf of themselves and the Class Members, together with Defendants Belmont Confections, Inc. and PeopleReady, Inc. (hereinafter "Defendants") (Plaintiffs and Defendants are collectively referred to herein as the "Parties") respectfully and jointly move the Court to enter a final order approving, as fair, reasonable, and adequate the Class Action Settlement pursuant to Fed. R. Civ. P. 23(e), and entry of a final judgment on the Ohio Rule 23 portion of the class settlement. A proposed Final Order and Judgment is attached as **Exhibit 1**.

On January 10, 2020, the Parties filed their Amended Joint Motion for FLSA Class Settlement and for Preliminary Approval of Rule 23 Class Settlement ("Amended Joint Motion").[1] On January 24, 2020, the Court approved FLSA settlement and preliminarily approved the Rule 23 Class Settlement.[2] Based on that Order, the notice process has been completed in the form and manner approved by the Court.[3] The Fairness Hearing is scheduled for August 25, 2020.[4]

---

[1] ECF No. 106. *See also* ECF Nos. 99 to 100, 104, and 107.
[2] ECF Nos. 108 and 109.
[3] *See attached as* **Exhibit 2**, Declaration of Settlement Administrator, Jeff Mitchell with Analytics Consulting LLC.
[4] ECF No. 109.

The Settlement resolves bona fide disputes involving alleged overtime violations under the Fair Labor Standards Act (FLSA) and the Ohio Minimum Fair Wage Standards. Points and authorities supporting approval of the settlement were submitted by the Parties in their Amended Joint Motion; and attached thereto were the current and former employees covered by the Settlement.[5] Class Action Fairness Act (CAFA) notices were sent out on January 20, 2020, Rule 23 Class Settlement Notices were sent out on February 14, 2020 to the opt-out class members, and the Notice Period closed on May 14, 2020.[6]

The Court-approved Notice gave Ohio Class Members 90 days in which to request exclusion from the Ohio Rule 23 Class Settlement or to object to the Settlement. Out of 473 mailings, 120 notice packets were returned to the Settlement Administrator as undeliverable.[7] The Settlement Administrator traced records with undeliverable notices and located an updated address for 29 class members. The Settlement Administrator re-mailed the notice the 29 class members with updated addresses. Additionally, the Settlement Administrator re-mailed 9 notices to records to forwarding addresses provided by the Post Office.[8] There were no objections and no opt-outs.[9]

As explained in the Parties' Amended Joint Motion, the seven factors used by the Sixth Circuit support approval of this Rule 23 class action settlement, with each Ohio Class Member will receive an average payment of $120.48, representing alleged unpaid time engaged in pre-shift work and based on the number of workweeks they worked during the relevant period.[10]

---

[5] *See* Rule 23 Payment list (ECF No. 106-1 at PageID #: 995-1006).
[6] ECF No. 109 at ¶ 17; and Ex. 2 at ¶¶ 6 and 8.
[7] *Id*. at ¶ 9.
[8] *Id*.
[9] *Id*. at ¶¶ 10 to 11.
[10] ECF No. 106 at PageID #: 974-975.

## **CONCLUSION**

For the reasons addressed herein and in the Amended Joint Motion, the Parties respectfully ask the Court to approve the Ohio Rule 23 Class Settlement and enter the proposed Final Order and Judgment on the Ohio Rule 23 Class Settlement, and to direct the Clerk of the Court to enter the Order Approving this Ohio Rule 23 Class Settlement and the January 24th Order Approving the FLSA Settlement attached as **Exhibit 1**.

Respectfully submitted,

| *Counsel for Plaintiffs* | *Counsel for Defendant PeopleReady, Inc.* |
|---|---|
| **NILGES DRAHER LLC** | **WINTER │ TRIMACCO CO., LPA** |

*/s/ Hans A. Nilges*     */s/ Jason D. Winter (with permission)*
Hans A. Nilges (0076017)     Jason D. Winter (0076191)
Shannon M. Draher (0074304)     Courtney J. Trimacco (0082816)
7266 Portage St., N.W.     Ernst & Young Tower
Suite D     950 Main Avenue, Suite 1210
Massillon, Ohio 44646     Cleveland, Ohio 44113
Telephone: 330-470-4428     Ph: (216) 675-3300
Facsimile: 330-754-1430     Fax (216) 472-8706
Email: hans@ohlaborlaw.com     Email: jason@wintertrimacco.com
sdraher@ohlaborlaw.com         courtney@wintertrimacco.com

Robi J. Baishnab (0086195)     **ONGARO PC**
34 N. High St., Ste. 502
Columbus, OH 43215     */s/Amelia Winchester (with permission)*
Telephone: 614-824-5770     David R. Ongaro*
Facsimile: 330-754-1430     Amelia Winchester*
Email: rbaishnab@ohlaborlaw.com     50 California Street, Suite 3325
    San Francisco, CA 94108
    (d) 415 433-3901
    (f) 415 433-3950
    dongaro@ongaropc.com
    awinchester@ongaropc.com

*\* Admitted Pro Hac Vice*

*Counsel for Defendant Belmont Confections, Inc.*

**FISHER & PHILLIPS LLP**

*/s/ Brittany N. Brantley (with permission)*
Richard A. Millisor (0062883)
Brittany N. Brantley (0091109)
200 Public Square, Suite 4000
Cleveland, Oh 44114
(440) 838-8800 – Telephone
(440) 838-8805 – Facsimile
Rmillisor@Fisherphillips.Com
Bbrantley@Fisherphillips.Com

4

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 4, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                */s/ Hans A. Nilges*
                                Hans A. Nilges

                                *Attorney for Plaintiffs*